## AFFIDAVIT OF MARIA GONZALEZ

RE:   MARIA GONZALEZ
Bankruptcy No. 18-12417

hereby state that the only income I received 60 days prior to filing my Chapter 13 case was food stamps Income; therefore, I am not required to file pay advices.

To the best of my knowledge, the information shown above is true and correct.

_____
MARIA GONZALEZ

A-5-18
_____
Date