**L.B.F. 3015-6A**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Maria Gonzalez : Chapter
:
**Debtor(s)** : **Bky. No.** 18-12417

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)**

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.
2. The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.
3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

***[to be executed by counsel for the Debtor(s) or the Debtor(s)]***

**Date:**

______________________________
[name]
Attorney for Debtor(s)

**Date:** 6/21/18 Maria Gonzalez
______________________________
[name]
Debtor

**Date:**

______________________________
[name]
Debtor