# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                      Chapter 13

                      Bankruptcy No. 18-12417-ELF

MARIA  GONZALEZ

3248 N. LEE STREET

PHILADELPHIA, PA 19134

        Debtor

## CERTIFICATE OF SERVICE

     **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

MARIA  GONZALEZ

3248 N. LEE STREET

PHILADELPHIA, PA 19134

Counsel for debtor(s), by electronic notice only.

ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

                      /S/ William C. Miller

Date: 9/6/2018

                      _____

                      William C. Miller, Esquire
                      Chapter 13 Standing Trustee