# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Maria Gonzalez <br>                 Debtor(s) <br><br> MIDFIRST BANK <br>                 Movant <br>    vs. <br><br> Maria Gonzalez <br>                 Debtor(s) <br><br> William C. Miller Esq. <br>                 Trustee | CHAPTER 13 <br><br><br><br> NO. 18-12417 elf <br><br><br><br> 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about **July 30, 2018**.

                                       Respectfully submitted,

                                       **/s/ Rebecca A. Solarz, Esquire**
                                       Rebecca A. Solarz, Esquire
                                       Kevin G. McDonald, Esquire
                                       KML Law Group, P.C.
                                       BNY Mellon Independence Center
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA  19106
                                       215-627-1322

September 28, 2018