**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      MARIA GONZALEZ       :       CHAPTER 13
                                   :
                                   :
          DEBTOR                :       BANKRUPTCY No. 18-12417 ELF

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the Debtor's counsel's application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $4,000.00 |
| Total expense cost: | $    17.00 |
| Attorney fee already paid by Debtor | $1,000.00 |
| Net amount to be paid by Trustee | $3,017.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Dated:   11/9/18