**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | MARIA GONZALEZ | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 18-12417 ELF |

**SUPPLEMENTAL ORDER TO ALLOW COUNSEL FEES**

Upon consideration of the Debtor's Counsel's Application for Allowance of Supplemental Compensation, it is hereby **ORDERED** that the Application is **GRANTED** and that counsel is **ALLOWED** supplemental compensation of $500.00. following amounts:

Dated: 9/4/19

**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**