United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-12417-elf
Maria Gonzalez                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: John              Page 1 of 1              Date Rcvd: Sep 05, 2019
                            Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2019.
db             +Maria Gonzalez,   3248 N. Lee Street,   Philadelphia, PA 19134-2211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 06 2019 03:25:59     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                                  TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2019 at the address(es) listed below:
      REBECCA ANN SOLARZ    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
      ZACHARY PERLICK    on behalf of Debtor Maria  Gonzalez Perlick@verizon.net,   pireland1@verizon.net
                                                                                                  TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | MARIA GONZALEZ | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 18-12417 ELF |

**SUPPLEMENTAL ORDER TO ALLOW COUNSEL FEES**

Upon consideration of the Debtor's Counsel's Application for Allowance of Supplemental Compensation, it is hereby **ORDERED** that the Application is **GRANTED** and that counsel is **ALLOWED** supplemental compensation of $500.00. following amounts:

Dated: 9/4/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**