# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Maria Gonzalez<br><br>　　　　　Debtor<br><br>MIDFIRST BANK<br>　　　　　Movant<br>　　vs.<br><br>Maria Gonzalez<br>　　　　　Debtor<br><br>Gerardo Gonzalez<br>　　　　　Co-Debtor<br><br>William C. Miller, Esquire<br>　　　　　Trustee | CHAPTER 13<br><br><br>NO. 18-12417 ELF<br><br><br>11 U.S.C. Sections 362 and 1301 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Certification of Default of MIDFIRST BANK, which was filed with the Court on or about October 12, 2020 (Document No. 95).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

November 30, 2020