**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :          **Chapter 13**
    **MARIA GONZALEZ,**          :
        Debtor                 :          **Bky. No.  18-12417 ELF**

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the

Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #117 ) is **APPROVED**.

**Date:  December 7, 2021**

    **ERIC L. FRANK**
    **U.S. BANKRUPTCY JUDGE**